| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Mark T. Bate** | Social Security number or ITIN  xxx–xx–4306 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carla G. Cassino–Bate** | Social Security number or ITIN  xxx–xx–3591 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12–21046–JAD** | | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark T. Bate                                                    Carla G. Cassino–Bate

   <u>5/23/17</u>                                        **By the court:**    <u>Jeffery A. Deller</u>
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-21046-JAD
Mark T. Bate                                                              Chapter 13
Carla G. Cassino-Bate
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 2           Date Rcvd: May 23, 2017
                             Form ID: 3180W          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
```
db/jdb       +Mark T. Bate,    Carla G. Cassino-Bate,    278 Moffit Road,    Dilliner, PA 15327-2614
13312566     +Collection Service Center, Inc.,    503 Morgantown Avenue,    P.O. Box 2060,
               Fairmont, WV 26555-2060
13312571      Dunkard Twp. c/o Central Tax,    P.O. Box 670,   Bridgeville, PA 15017-0670
13312573      Greene County Tax Claim Bureau,    93 East High Street,    Waynesburg, PA 15370-1839
13312574     +Home Depot,    P.O. Box 790328,   Saint Louis, MO 63179-0328
13333332     +Integra Servicing,    801 South Rampart Boulevard--Suite 160,    Las Vegas, NV 89145-4898
13312578     +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
13312581      Southeastern Greene ASD c/o Central Tax,    P.O. Box 670,    Bridgeville, PA 15017-0670
13312582      Tahiti Village Vacation Club,    Attn: Account Receivable,    File 50446,
               Los Angeles, CA 90074-0446
13312583     +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
13312584     +University Health Associates,    P.O. Box 776,   Morgantown, WV 26507-0776
13333333     +Weltman, Weinberg & Reis,    1400 Koppers Building,    436 Seventh Avenue--Suite 1400,
               Pittsburgh, PA 15219-1842
13312586      West Virginia University Hospitals,    Patient Accounting Office,    P.O. Box 1127,
               Morgantown, WV 26507-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2017 01:29:06     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr            E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57      Green Tree Servicing, LLC,
               PO Box 0049,    Palatine, IL   60055-0049
13312559     +EDI: CITICORP.COM May 24 2017 01:13:00      AT&T Universal/Citi Card,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
13312560     +EDI: BANKAMER.COM May 24 2017 01:13:00      Bank of America/BAC Home Loans Servicing,
               Bankruptcy Department,    7105 Corporate Drive,    Plano, TX 75024-4100
13312561     +E-mail/Text: notices@burt-law.com May 24 2017 01:29:54      Burton Neil & Associates,
               1060 Andrew Drive--Suite 170,    West Chester, PA 19380-5600
13312562      EDI: CAPITALONE.COM May 24 2017 01:13:00      Capital One,    c/o TSYS Total Debt Management,
               P.O. Box 5155,    Norcross, GA 30091
13312563     +EDI: RMSC.COM May 24 2017 01:13:00     CareCredit/GE Money Bank,     P.O. Box 103106,
               Roswell, GA 30076-9106
13312564      EDI: CHASE.COM May 24 2017 01:13:00     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13312565     +EDI: CITICORP.COM May 24 2017 01:13:00      Citi Card,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
13312567     +E-mail/Text: svlainich@communitybank.tv May 24 2017 01:29:26      Community Bank,
               90 West Chestnut Street--Suite 100,    Washington, PA 15301-4524
13312568     +EDI: CCUSA.COM May 24 2017 01:13:00     Credit Collections, USA,
               16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
13312570      EDI: DISCOVER.COM May 24 2017 01:13:00      Discover,   P.O. Box 30943,
               Salt Lake City, UT 84130
13312569      EDI: HFC.COM May 24 2017 01:13:00     Direct Merchants Bank,    P.O. Box 5894,
               Carol Stream, IL 60197-5894
13333331      EDI: DISCOVER.COM May 24 2017 01:13:00      Discover Bank,   P.O. Box 3025,
               New Albany, OH   43054-3025
13322961      EDI: DISCOVER.COM May 24 2017 01:13:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,    New Albany, OH   43054-3025
13378290      EDI: RMSC.COM May 24 2017 01:13:00     GE Capital Retail Bank,     Attn: Bankruptcy Department,
               PO Box 960061,    Orlando FL 32896-0661
13378289      EDI: RMSC.COM May 24 2017 01:13:00     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13312572      E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57      Green Tree Servicing, LLC,
               MHD Bankruptcy Department,    P.O. Box 6154,    Rapid City, SD 57709-9858
13372436      E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57      Green Tree Servicing, LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13372437     +E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57      Green Tree Servicing, LLC,
               PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13312575      EDI: RMSC.COM May 24 2017 01:13:00     JC Penney,    P.O. Box 965008,    Orlando, FL 32896-5008
13375266      EDI: JEFFERSONCAP.COM May 24 2017 01:13:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
13312576     +EDI: RMSC.COM May 24 2017 01:13:00     Lowe's,    c/o GE Money Bank,    Attn: Bankruptcy Dept.,
               P.O. Box 103104,    Roswell, GA 30076-9104
13312577     +EDI: MID8.COM May 24 2017 01:13:00     Midland Credit Management,     8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
13312579      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2017 01:29:06     PA Department of Revenue,
               Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13382634      EDI: PRA.COM May 24 2017 01:13:00     Portfolio Recovery Associates, LLC,     POB 12914,
               Norfolk VA 23541
13312580      EDI: SEARS.COM May 24 2017 01:13:00     Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13312585     +EDI: RMSC.COM May 24 2017 01:13:00     Walmart,    c/o GEMB Bankruptcy Dept.,    P.O. Box 103104,
               Roswell, GA 30076-9104
```

```
District/off: 0315-2          User: lfin                Page 2 of 2                 Date Rcvd: May 23, 2017
                              Form ID: 3180W            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 28

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Plaintiff Mark T. Bate dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Plaintiff Carla G. Cassino-Bate dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Debtor Mark T. Bate dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Carla G. Cassino-Bate dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt     on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```