**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

<span style="color:red">**DEFAULT O/E JAD**</span>

IN RE:
    MARK T. BATE
    CARLA G. CASSINO-BATE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-21046 JAD

Chapter 13

Document No.:   60

ORDER OF COURT

AND NOW, this ___23rd_____ day of ___May_____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
5/23/17 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-21046-JAD
Mark T. Bate                                                                Chapter 13
Carla G. Cassino-Bate
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 2          Date Rcvd: May 23, 2017
                             Form ID: pdf900       Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db/jdb       +Mark T. Bate,    Carla G. Cassino-Bate,    278 Moffit Road,    Dilliner, PA 15327-2614
13312559     +AT&T Universal/Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13312560     +Bank of America/BAC Home Loans Servicing,    Bankruptcy Department,    7105 Corporate Drive,
              Plano, TX 75024-4100
13312562     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
              Norcross, GA 30091)
13312564     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13312565     +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13312566     +Collection Service Center, Inc.,    503 Morgantown Avenue,    P.O. Box 2060,
              Fairmont, WV 26555-2060
13312569      Direct Merchants Bank,    P.O. Box 5894,    Carol Stream, IL 60197-5894
13312571     +Dunkard Twp. c/o Central Tax,    P.O. Box 670,    Bridgeville, PA 15017-0670
13312573      Greene County Tax Claim Bureau,    93 East High Street,    Waynesburg, PA 15370-1839
13312574     +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13333332     +Integra Servicing,    801 South Rampart Boulevard--Suite 160,    Las Vegas, NV 89145-4898
13312578     +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
13312580      Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13312581     +Southeastern Greene ASD c/o Central Tax,    P.O. Box 670,    Bridgeville, PA 15017-0670
13312582      Tahiti Village Vacation Club,    Attn: Account Receivable,    File 50446,
              Los Angeles, CA 90074-0446
13312583     +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
13312584     +University Health Associates,    P.O. Box 776,    Morgantown, WV 26507-0776
13333333     +Weltman, Weinberg & Reis,    1400 Koppers Building,    436 Seventh Avenue--Suite 1400,
              Pittsburgh, PA 15219-1842
13312586      West Virginia University Hospitals,    Patient Accounting Office,    P.O. Box 1127,
              Morgantown, WV 26507-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57    Green Tree Servicing, LLC,
              PO Box 0049,    Palatine, IL  60055-0049
13312561     +E-mail/Text: notices@burt-law.com May 24 2017 01:29:54    Burton Neil & Associates,
              1060 Andrew Drive--Suite 170,    West Chester, PA 19380-5600
13312563     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:23:52    CareCredit/GE Money Bank,
              P.O. Box 103106,    Roswell, GA 30076-9106
13312567     +E-mail/Text: svlainich@communitybank.tv May 24 2017 01:29:26    Community Bank,
              90 West Chestnut Street--Suite 100,    Washington, PA 15301-4524
13312568     +E-mail/Text: ccusa@ccuhome.com May 24 2017 01:28:47    Credit Collections, USA,
              16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
13312570      E-mail/Text: mrdiscen@discover.com May 24 2017 01:28:50    Discover,    P.O. Box 30943,
              Salt Lake City, UT 84130
13333331      E-mail/Text: mrdiscen@discover.com May 24 2017 01:28:50    Discover Bank,    P.O. Box 3025,
              New Albany, OH  43054-3025
13322961      E-mail/Text: mrdiscen@discover.com May 24 2017 01:28:50    Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13378290      E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:23:52    GE Capital Retail Bank,
              Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13378289      E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:23:52    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13312572      E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57    Green Tree Servicing, LLC,
              MHD Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709-9858
13372436      E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57    Green Tree Servicing, LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13372437     +E-mail/Text: bankruptcy.bnc@ditech.com May 24 2017 01:28:57    Green Tree Servicing, LLC,
              PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13312575      E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:24:01    JC Penney,    P.O. Box 965008,
              Orlando, FL 32896-5008
13375266      E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2017 01:29:32    Jefferson Capital Systems LLC,
              PO Box 7999,    SAINT CLOUD MN 56302-9617
13312576     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:23:52    Lowe's,    c/o GE Money Bank,
              Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13312577     +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2017 01:29:16    Midland Credit Management,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13312579     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2017 01:29:06    PA Department of Revenue,
              Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13382634      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2017 01:34:34
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13312585     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 01:24:02    Walmart,
              c/o GEMB Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                      TOTAL: 20

```
District/off: 0315-2          User: lfin              Page 2 of 2          Date Rcvd: May 23, 2017
                             Form ID: pdf900          Total Noticed: 40


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
         Daniel R. White   on behalf of Plaintiff Mark T. Bate dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com
         Daniel R. White   on behalf of Plaintiff Carla G. Cassino-Bate dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com
         Daniel R. White   on behalf of Debtor Mark T. Bate dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com
         Daniel R. White   on behalf of Joint Debtor Carla G. Cassino-Bate dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com
         James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 7
```